**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PONG GAME STUDIOS
CORPORATION,
d/b/a PONG MARKETING

        Plaintiff

       v.

MIELE MANUFACTURING, INC.,
d/b/a MIELE AMUSEMENTS

        Defendant

CIVIL ACTION
NO. 18-975
Hon. Matthew W. Brann

**DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1**
**(Civil Action)**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Pong Game Studios

Corporation, d/b/a Pong Marketing, states that it has no parent corporation and there

is no publicly held corporation that owns more than 10% of its stock.

FOX ROTHSCHILD LLP

By: */s/Joshua Horn*
    Joshua Horn, Esquire
    Thaddeus S. Kirk, Esquire
     (*pro hac vice* pending)
    2000 Market Street, 20th Floor
    Philadelphia, PA 19103-3222
    Telephone:  (215) 299-2000

    Attorneys for Plaintiff