**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I, Thaddeus S. Kirk, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:

Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103

Office Telephone: (215) 299-2000

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

| | |
|---|---|
| Supreme Court of Pennsylvania | 10/30/2013 |
| Supreme Court of New Jersey | 11/5/2013 |
| United States Court of Appeals for the Third Circuit | 6/30/2014 |
| United States District Court for the Eastern District of Pennsylvania | 2/20/2014 |
| United States District Court for the District of New Jersey | 6/9/2014 |

My attorney Identification number is: 315942 (PA), 070342013 (NJ)

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____      Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT __*s/Matthew W. Brann*__      Date: __5/9/2018__
                          United States District Judge