## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PONG GAME STUDIOS CORPORATION d/b/a PONG MARKETING | : : : : | |
| Plaintiff, | : : | Civil Action No.: 18-975 |
| v. | : : | |
| MIELE MANUFACTURING, INC. d/b/a MIELE AMUSEMENTS | : : : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Shohin H. Vance on behalf of Defendant

Miele Manufacturing, Inc., in the above-captioned matter.

Respectfully submitted,

**KLEINBARD LLC**

*/s/ Shohin H. Vance*
Shohin H. Vance, Esquire (ID No.323551)
One Liberty Place, 46th Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 568-2000
Fax: (215) 568-0140
svance@kleinbard.com
*Attorney for Defendant Miele*
*Manufacturing, Inc.*

Dated:  June 5, 2018

{01410722;v1 }

## CERTIFICATE OF SERVICE

I, Shohin H. Vance, Esquire, certify that on this 5th day of June, 2018, I caused a true and correct copy of the foregoing Entry of Appearance to be served upon the following counsel of record via the ECF filing system:

Joshua Horn, Esquire
*FOX ROTHSCHILD LLP*
Thaddeus S. Kirk, Esquire
(pro hac vice pending)
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Telephone: (215) 299-2000
*Attorneys for Plaintiff*

/s/ Shohin H. Vance
Shohin H. Vance, Esq.

{01410722;v1 }