## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PONG GAME STUDIOS
CORPORATION d/b/a PONG
MARKETING

    Plaintiff,

  v.

MIELE MANUFACTURING, INC.
d/b/a MIELE AMUSEMENTS

    Defendant.

:
:
:
:
:
:   Civil Action No.: 18-975
:
:
:
:
:
:
:
:

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Matthew H. Haverstick on behalf of

Defendant Miele Manufacturing, Inc., in the above-captioned matter.

      Respectfully submitted,

      **KLEINBARD LLC**

      */s/ Matthew H. Haverstick*
      Matthew H. Haverstick, Esq. (ID No.85072)
      One Liberty Place, 46th Floor
      1650 Market Street
      Philadelphia, PA 19103
      Tel: (215) 568-2000
      Fax: (215) 568-0140
      mhaverstick@kleinbard.com
      *Attorney for Defendant Miele*
      *Manufacturing, Inc.*

Dated:  June 5, 2018

{01410721;v1 }

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew H. Haverstick, Esquire, certify that on this 5th day of June, 2018, I caused a true and correct copy of the foregoing Entry of Appearance to be served upon the following counsel of record via the ECF filing system:

Joshua Horn, Esquire
*FOX ROTHSCHILD LLP*
Thaddeus S. Kirk, Esquire
(pro hac vice pending)
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Telephone: (215) 299-2000
*Attorneys for Plaintiff*

*/s/ Matthew H. Haverstick*
Matthew H. Haverstick, Esq.

{01410721;v1 }