**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PONG GAME STUDIOS CORPORATION, d/b/a PONG MARKETING, | No.: 4:18-cv-00975-MWB |
| Plaintiff | |
| v. | |
| MIELE MANUFACTURING, INC., d/b/a MIELE AMUSEMENTS, | |
| Defendant. | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of

Defendant Miele Manufacturing, Inc.'s Motion to Dismiss the Complaint for

Failure to State a Claim under Fed.R.Civ.P. 12(b)(6) and any response thereto,

It is HEREBY ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the Complaint is and shall be DISMISSED in its

entirety.

{01436708;v1 }

It is further ORDERED that as to Miele Amusements, the Complaint is also DISMISSED for insufficiency of process under Fed.R.Civ.P. 12(b)(5)

By the Court:

_____

Matthew W. Brann, District Judge
*United States District Court for the*
*Middle District of Pennsylvania*

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PONG GAME STUDIOS
CORPORATION,
d/b/a PONG MARKETING,

    *Plaintiff*

   v.

MIELE MANUFACTURING,
INC., d/b/a MIELE
AMUSEMENTS,

    *Defendant.*

No.: 4:18-cv-00975-MWB

**DEFENDANT'S MOTION TO
DISMISS THE COMPLAINT**

**MIELE MANUFACTURING, INC.'S MOTION TO DISMISS FOR
INSUFFICIENT PROCESS AND FAILURE TO STATE A CLAIM**

Defendant Miele Manufacturing, Inc. ("Miele"), misidentified in the

Complaint as Miele Manufacturing, Inc., d/b/a Miele Amusements, by and through

its undersigned counsel, files this Motion pursuant to Federal Rule of Civil

Procedure 12(b) seeking dismissal of the Complaint. *See* Fed.R.Civ.P. 12(b)(5)

(providing for dismissal for insufficient process) [1]; Fed.R.Civ.P. 12(b)(6)

(providing for dismissal where complaint fails to state a claim).

---

[1] The Complaint misidentifies Defendant. Miele Manufacturing, Inc. and Miele
Amusements are separate entities. Plaintiff has only served Miele Manufacturing,
Inc. with the Complaint. Accordingly, insofar as the Complaint purports to assert
causes of action against Miele Amusements as a separate entity, the Complaint

This action should be dismissed in its entirety because Plaintiff Pong Game Studios Corporation, d/b/a Pong Marketing ("Pong") has not stated any legally cognizable claims in the Complaint. Count I, for defamation, fails to state a claim because the allegedly defamatory communication is truthful, merely relays official public action, and concerns a matter of common interest between the recipients and Defendant. Count II, for tortious interference with contractual relations, fails to state a claim because Plaintiff has not alleged any contractual relationship with which Defendant intentionally interfered or any resulting damages. Moreover, Defendant's conduct was privileged and the Complaint fails to allege, as required, that it was not.

---

should also be dismissed as to Miele Amusements under Fed.R.Civ.P. 12(b)(5) for insufficient process.

{01436708;v1 }                    2

The specific grounds for relief shall be set forth fully in the accompanying brief, which will be furnished forthwith in accordance with L.R. 7.5.

July 9, 2018

/s/ Matthew H. Haverstick
Matthew H. Haverstick (PA No. 85072)
Shohin H. Vance (PA No. 323551)
Paul G. Gagne (PA No. 42009) (*pro hac vice* to be filed)
Kleinbard LLC
One Liberty, 46th Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: 215-568-2000
Fax: 215-568-0140

*Counsel for Defendant*

## CERTIFICATE OF NON-CONCURRENCE

Pursuant to Local Rule 7.1, I certify that I have sought concurrence in the foregoing motion from Plaintiff, who did not concur.

/s/ *Paul Gagne*
Paul Gagne

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, the foregoing Motion to Dismiss has been filed electronically and is available for viewing and downloading from the Court's ECF system, and service on Plaintiff will be accomplished by electronic service of a Notice of Electronic Case Filing generated and sent automatically by the Court's ECF system.

/s/ Paul G. Gagne
PAUL G. GAGNE

{01436708;v1 }                                5