**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR　　:
ADMISSION TO PRACTICE IN THIS COURT　:

**PETITION**

I　Paul G. Gagne　　　　　　　　　　, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court.  In support of my petition, I state as follows:

My office address is:　　　Kleinbard LLC

　　　　　　　　　　　　　One Liberty Place, 1650 Market Street, 46th Floor

　　　　　　　　　　　　　Philadelphia, PA 19103

Office Telephone:　　　(215) 523-5302

　　I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New Jersey (2005); Pennsylvania (1984); Pennsylvania USCD Eastern District (1984)

My attorney Identification number is:　PA42009

| FOR COURT USE ONLY |  |
| --- | --- |
| ＿＿＿ GENERAL ADMISSION: | |
| GRANTED BY THE COURT: ＿＿＿＿＿＿＿ | Date: ＿＿＿＿＿ |
| ＿x＿ SPECIAL ADMISSION: | |
| GRANTED BY THE COURT ＿s/Matthew W. Brann＿ | Date: ＿7/24/2018＿ |