**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| PONG GAME STUDIOS CORPORATION, d/b/a PONG MARKETING, | : : : : : | No.: 4:18-cv-00975-MWB |
| *Plaintiff* | : : : | |
| v. | : : : | |
| MIELE MANUFACTURING, INC., d/b/a MIELE AMUSEMENTS, | : : : : : | |
| *Defendant.* | : | |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, who is Miele Manufacturing, Inc., makes the following disclosure:

1. Is the party a non-governmental corporate party?

    Yes

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    No Such corporation exists

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    No such corporation exists

The undersigned party understandings that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Date: November 28, 2018

*/s/ Matthew H. Haverstick*
Matthew H. Haverstick (PA No. 85072)
Shohin H. Vance (PA No. 323551)

Paul G. Gagne (PA No. 42009) (*Pro hac vice*)
Kleinbard LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: 215-568-2000
Fax: 215-568-0140

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2018, the foregoing Disclosure Statement has been filed electronically and is available for viewing and downloading from the Court's ECF system, and service on Plaintiff will be accomplished by electronic service of a Notice of Electronic Case Filing generated and sent automatically by the Court's ECF system.

/s/ Shohin H. Vance
SHOHIN H. VANCE

{01687211;v1 }