## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PONG GAME STUDIOS
CORPORATION,
d/b/a PONG MARKETING

         Plaintiff

        v.

MIELE MANUFACTURING, INC.,
d/b/a MIELE AMUSEMENTS

        Defendant

No. 4:18-cv-00975-MWB

## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO
## AMEND COMPLAINT AND FOR DEFENDANT TO FILE ITS ANSWER

Plaintiff Pong Game Studios Corporation, d/b/a Pong Marketing ("Pong") and

Miele Manufacturing, Inc., d/b/a Miele Amusements ("Miele"), by and through their

respective attorneys, stipulate and agree that:

1.     Pong's time to amend its Complaint, in conformity with the Court's

December 10, 2018 Order (ECF Doc. No. 19), is extended until and including

December 26, 2018;

2.     Miele's time to file an Answer, either to the Complaint or any Amended

Complaint, is extended until and including January 9, 2019.

[SIGNATURES ON NEXT PAGE]

Date: December 17, 2018             FOX ROTHSCHILD LLP


By: */s/Joshua Horn*
    Joshua Horn, Esquire
    Thaddeus S. Kirk, Esquire (*pro hac vice*)
    2000 Market Street, 20th Floor
    Philadelphia, PA 19103-3222
    Telephone: (215) 299-2000

    Attorneys for Plaintiff


Date: December 17, 2018             KLEINBARD LLC
    /s/ Matthew Haverstick
    Matthew Haverstick
    Paul G. Gagne, Esquire
    Shohin Vance, Esquire
    Three Logan Square
    1717 Arch Street, 5th Floor
    Philadelphia, PA 19103

    Attorneys for Defendant

2