# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PONG GAME STUDIOS
CORPORATION,
d/b/a PONG MARKETING

      Plaintiff

      v.

MIELE MANUFACTURING, INC.,
d/b/a MIELE AMUSEMENTS

      Defendant

No. 4:18-cv-00975-MWB

## ORDER

**AND NOW**, this 20th day of December 2018, upon consideration of the Stipulation filed this date between counsel for Plaintiff Pong Game Studios Corporation, d/b/a Pong Marketing ("Pong") and Miele Manufacturing, Inc., d/b/a Miele Amusements ("Miele") (ECF Doc. No. 20), it is **ORDERED** that:

1.    Pong's time to amend its Complaint, in conformity with the Court's December 10, 2018 Order (ECF Doc. No. 19), is extended until and including December 26, 2018;

2.    Miele's time to file an Answer, either to the Complaint or any Amended Complaint, is extended until and including January 9, 2019.

                         BY THE COURT:

                         *s/ Matthew W. Brann*
                         _____
                         Matthew W. Brann
                         United States District Judge