**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PONG GAME STUDIOS CORPORATION d/b/a PONG MARKETING, | No. 4:18-CV-00975 |
| Plaintiff, | (Judge Brann) |
| v. | |
| MIELE MANUFACTURING, INC., d/b/a MIELE AMUSEMENTS, | |
| Defendant. | |

**ORDER RESCHEDULING INITIAL
CASE MANAGEMENT CONFERENCE**

**AND NOW**, this 11th day of February 2019, **IT IS HEREBY ORDERED**

that the initial case management conference pursuant to Fed.R.Civ.P. 16

scheduled for February 12, 2019 at 3:00 p.m., is **RESCHEDULED to February**

**15, 2019 at 2:00 p.m.**  The Court prefers to hold these conferences by telephone.

Plaintiff's counsel shall initiate the conference call.  The Court maybe reached in

chambers at 570-323-9772.  At the time the call is placed, all counsel shall be on

the line and prepared to proceed.   It is the Court's preference that counsel do not

participate in conference calls by cell phone.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge