

Fox Rothschild LLP
ATTORNEYS AT LAW

2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
Tel (215) 299-2000  Fax (215) 299-2150
www.foxrothschild.com

THADDEUS S. KIRK
Direct No:  215.444.7184
Email: TKirk@FoxRothschild.com

April 25, 2019

**VIA ECF**

Hon. Matthew W. Brann
United States District Court for the
Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA 17701

**Re:    *Pong Game Studios Corporation d/b/a Pong Marketing v. Miele Manufacturing, Inc., d/b/a Miele Amusements*, No. 4:18-CV-00975**

Dear Judge Brann:

Fox Rothschild LLP represents plaintiff Pong Game Studios Corporation d/b/a Pong Marketing ("Pong") in the above-captioned matter.  We write to request a conference with the Court regarding a discovery dispute that has arisen between Pong and defendant Miele Manufacturing, Inc., d/b/a Miele Amusements ("Miele"), despite Pong's good-faith efforts at resolving the dispute without Court intervention.

On March 15, 2019, undersigned counsel served Miele's counsel with a First Set of Interrogatories and a First Request for Production of Documents (collectively, the "Discovery Requests").  *See* Exhibits A, B.  On April 16, 2019, the deadline for Miele's responses to the Discovery Requests having expired (*see* Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A)), undersigned counsel emailed counsel for Miele and notified

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota
Nevada    New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Washington



Hon. Matthew W. Brann
April 25, 2019
Page 2

them that the time had expired, yet no responses had been received.  *See* Exhibit C. Undersigned counsel requested that Miele provide its responses no later than Friday, April 19.  *Id.*

The next day, April 17, 2019, counsel for Miele responded and requested an extension to provide Miele's responses to the Discovery Requests.  *See* Exhibit D. Later the same day, undersigned counsel agreed to allow Miele an extension until and including Wednesday, April 24, to provide its responses—even though they were already overdue before Miele's counsel even requested an extension.  *See* Exhibit E.

Despite Pong's good-faith efforts at resolving this dispute, including but not limited to allowing an extension of time to respond, Miele has still not provided its responses to the Discovery Requests.  Accordingly, Pong respectfully requests a conference at the Court's convenience to resolve this dispute.  In the alternative, Pong requests an order compelling Miele to respond to the Discovery Requests or, otherwise, leave to file a motion for such an order.

Thank you in advance for your attention.

Respectfully,

Thaddeus S. Kirk

TSK:

CC: All Counsel of Record (via ECF)