Paul G. Gagne
pgagne@kleinbard.com
215.523.5302



**KLEINBARD** LLC

April 25, 2019

**VIA ECF**

Honorable Matthew W. Brann
United States Court for the Middle District of Pennsylvania
U.S. Courthouse
240 West Third Street, Suite 218
Williamsport, PA 17701

RE:    **Pong Game Studios d/b/a Pong Marketing v. Miele Manufacturing, Inc., d/b/a Miele Amusements**
       **No. 4:18-CV-00975**

Dear Judge Brann:

   We are in receipt of Plaintiff's correspondence filed with the Court this morning. Defendant Miele Manufacturing respectfully submits that there is no cause for the Court to hold a discovery conference or to issue an order compelling discovery. Miele has been working to finalize its responses and we have served its interrogatory answers this morning. We will respond to the Plaintiff's document requests later today. Our apologies to the Court for any inconvenience.

                                        Respectfully,

                                        PAUL G. GAGNE

PGG/hb

cc: All Counsel of Record (*via ECF*)

Three Logan Square    1717 Arch Street, 5th Floor    Philadelphia, PA 19103    T: 215.568.2000    F: 215.568.0140    Kleinbard.com