Case 4:18-cv-00975-MWB    Document 31    Filed 04/26/19    Page 1 of 2

 Fox Rothschild LLP
ATTORNEYS AT LAW

2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
Tel (215) 299-2000  Fax (215) 299-2150
www.foxrothschild.com

THADDEUS S. KIRK
Direct No:  215.444.7184
Email: TKirk@FoxRothschild.com

April 26, 2019

**VIA ECF**

Hon. Matthew W. Brann
United States District Court for the
Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA 17701

**Re:**    ***Pong Game Studios Corporation d/b/a Pong Marketing v. Miele Manufacturing, Inc., d/b/a Miele Amusements*, No. 4:18-CV-00975**

Dear Judge Brann:

Fox Rothschild LLP represents plaintiff Pong Game Studios Corporation d/b/a Pong Marketing ("Pong") in the above-captioned matter. We write to withdraw Pong's request for a conference made in our April 25, 2019 letter (ECF Doc. No. 29). After the letter was filed, defendant Miele Manufacturing, Inc., d/b/a Miele Amusements ("Miele") provided its overdue responses to Pong's discovery requests.

Pong, however, reserves its right to request a further conference with the Court at a later date regarding the deficiencies in Miele's responses, should a dispute arise that cannot be resolved in good faith without Court intervention.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota
Nevada    New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Washington



Hon. Matthew W. Brann
April 26, 2019
Page 2

Thank you in advance for your attention.

Respectfully,

Thaddeus S. Kirk

TSK:

CC: All Counsel of Record (via ECF)