**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| PONG GAME STUDIOS CORPORATION, d/b/a PONG MARKETING<br><br>          Plaintiffs<br><br>        v.<br><br>MIELE MANUFACTURING, INC., d/b/a MIELE AMUSEMENTS,<br><br>          Defendant | NO. 4:18-cv-00975 |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Christopher C. Popper, Esquire of Fox Rothschild LLP on behalf of Plaintiff, Pong Game Studios Corporation, d/b/a Pong Marketing, in the above-captioned matter.

**FOX ROTHSCHILD LLP**

Date: April 30, 2019

By:   /s/ Christopher C. Popper
       Christopher C. Popper, Esquire
       Attorney ID No. 314037
       747 Constitution Drive, Ste. 100
       Exton, PA  19341
       Tel: 610.458.7500
       Fax: 610.458.7337
       *Attorneys for Plaintiff*

94193237

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PONG GAME STUDIOS CORPORATION,
d/b/a PONG MARKETING

           Plaintiffs

       v.

MIELE MANUFACTURING, INC.,
d/b/a MIELE AMUSEMENTS,

           Defendant

NO. 4:18-cv-00975

**CERTIFICATE OF SERVICE**

I, Christopher C. Popper, Esquire, certify that on April 30, 2019, I served a true and correct copy of the foregoing Entry of Appearance via email and the court's electronic filing system, to the following:

Matthew H. Haverstick, Esquire
Paul G. Gagne, Esquire
Shohin H. Vance, Esquire
Kleinbard LLC
Three Logan Square, Fifth Floor
1717 Arch Street
Philadelphia, PA 19103
*Attorneys for Defendant*

**FOX ROTHSCHILD LLP**

By:    /s/ Christopher C. Popper
Date: April 30, 2019          Christopher C. Popper, Esquire
                         Attorney ID No. 314037
                         747 Constitution Drive, Ste. 100
                         Exton, PA  19341
                         Tel: 610.458.7500; Fax: 610.458.7337
                         *Attorneys for Plaintiff*

94193237